UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-CV-000501-FDW-DCK

| | |
|---|---|
| H.V. INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| FALL SAFE ON LINE, COMERCIO de | ) |
| PRODUTOS de PROTECCAO PESSOAL | ) |
| LDA. OF PORTUGAL, | ) |
| | ) |
| Defendant. | ) |

THIS MATTER is before the Court *sua sponte* for determination of venue. Plaintiff's Complaint reveals that the entity has a principal place of business at 2030 Wilshire Court, Concord, North Carolina, 28025, and Defendant is a limited liability company with a principal place of business in Portugal.[1] This case appears to have no connection to the Western District of North Carolina apart from the fact that Plaintiff's attorney is based in Charlotte.

Venue is determined pursuant to 28 U.S.C. § 1391(b). Defendant does not appear to reside in this judicial district. The Complaint does not demonstrate that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district, nor does it demonstrate that a substantial part of the property that is the subject of the action is situated in this judicial district.

Accordingly, this case is dismissed because venue appears to lie properly with the Middle District of North Carolina.

IT IS SO ORDERED.

Signed: July 26, 2016

Frank D. Whitney
Chief United States District Judge

---

[1] The "Independent Distributor Agreement" at issue lists Plaintiff's business address as 322 Industrial Court, Concord, North Carolina, 28025, which is also outside of the Western District of North Carolina. (Doc. No. 1-1, p. 11).