UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00501-FDW-DCK

| | |
|---|---|
| H. V. INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| FALL SAFE ON LINE COMERCIO DE ) | |
| PRODUTOS DE PROTEC§O PESSOAL ) | |
| LDA. OF PORTUGAL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff H. V. Industries, Inc.'s ("Plaintiff") Motion for Reconsideration pursuant to Federal Rule of Civil Procedure 60(b). (Doc. No. 4). For the reasons set forth in the Motion, the Court GRANTS Plaintiff's Request for Reconsideration. The Clerk is respectfully DIRECTED to REOPEN the case.

The Court notes, however, that Plaintiff filed its' Motion eight weeks after the Court closed the case. (Doc. No. 2). In the interests of time and efficiency, the Court ORDERS the service deadline be accelerated 30 days from the date of this Order. After review of the case status, the Court finds an expedited service deadline is necessary to ensure fairness to all parties.

IT IS SO ORDERED.

Signed: September 19, 2016

Frank D. Whitney
Chief United States District Judge