# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:16-cv-00501-FDW-DCK

| | |
|---|---|
| H.V. INDUSTRIES, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FALL SAFE ON LINE COMERCIO DE )<br>PRODUTOS DE PROTECCO )<br>PESSOAL LDA. OF PORTUGAL, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. No. 8), and Plaintiff's Motion for Leave to File an Amended Complaint (Doc. No. 18).

Leave to amend is freely granted unless certain circumstances, which are not present here, are met. It is well-settled that a timely-filed amended pleading supersedes the original pleading, and motions directed at superseded pleadings may be denied as moot. Young v. City of Mount Ranier, 238 F.3d 567, 573 (4th Cir. 2001) ([t]he general rule is that an amended pleading supersedes the original pleading, rendering the original pleading of no effect). Therefore, the Court GRANTS Plaintiff's Motion for Leave to Amend their Complaint (Doc. No. 18), and DENIES Defendant's Motion to Dismiss as MOOT (Doc. No. 8). This ruling is without prejudice to Defendant's ability to reassert any relevant arguments in response to Plaintiff's amended pleading.

IT IS SO ORDERED.

Signed: December 27, 2016

Frank D. Whitney
Chief United States District Judge